10/07/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Wednesday November 5, 2003

11:00 a.m.

CASE NO.   3-03-cv-274 Fletcher v USA
------------------------------------------------------------

COUNSEL OF RECORD:

| | |
|---|---|
| Patrick F. Caruso | U.S. Attorney's Office, 157 Church St., PO Box 1824 23rd Floor, New Haven, CT 203-821-3700 |
| Donald J. Cretella Jr. | Zingaro & Cretella, 1115 Main St. Suite 610, Bridgeport, CT 203-367-0442 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

**STATUS CONFERENCE HELD**

DATE: 11/5/03

10 min.