UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Friday December 5, 2003
3:00 p.m.

CASE NO. <u>03:03cv274 MRK</u>    <u>Fletcher v USA</u>

Patrick F. Caruso
U.S. Attorney's Office
157 Church St., PO Box 1824
23rd Floor
New Haven, CT 06510

Donald J. Cretella Jr.
Zingaro & Cretella
1115 Main St.
Suite 610
Bridgeport, CT 06604

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

STATUS CONFERENCE HELD

DATE: 12/5/03

3 min