FILED

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

2003 DEC 31  P 1:

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| OVERTON FLETCHER, SOPHIA HOLNESS, AND SHENIKA FLETCHER, )<br><br>Plaintiffs, )<br><br>v. )<br><br>UNITED STATES OF AMERICA AND ROBERT BARTH, )<br><br>Defendants. ) | Civil Action No.: 030CV274 CFD |

## STIPULATION FOR COMPROMISE SETTLEMENT AND RELEASE OF FEDERAL TORT CLAIMS ACT CLAIMS PURSUANT TO 28 U.S.C. § 2677

It is hereby stipulated by and between the undersigned Plaintiffs,

OVERTON FLETCHER, SOPHIA HOLNESS, and SHENIKA FLETCHER, a

minor, and the UNITED STATES OF AMERICA, by and through their respective

attorneys, as follows:

1. The parties do hereby agree to settle and compromise each and every

claim of any kind, whether known or unknown, arising directly or indirectly from

the acts or omissions that gave rise to the above-captioned action under the

terms and conditions set forth in this Stipulation for Compromise Settlement.

2. The United States of America agrees to pay the sum of Five Thousand

Dollars ($5,000.00) to Plaintiff Overton Fletcher; the sum of Five Thousand

Dollars ($5,000.00) to Plaintiff Sophia Holness; and the sum of Three Thousand

Five Hundred Dollars ($3,500.00) to Plaintiff Overton Fletcher as parent and

natural guardian of Plaintiff Shenika Fletcher, a minor.  Said sums shall be in full

settlement and satisfaction of any and all claims, demands, rights, and causes of

action of whatsoever kind and nature, arising from, and by reason of any and all known and unknown, foreseen and unforeseen bodily and personal injuries, damage to property and the consequences thereof, resulting, and to result from the subject matter of this settlement, including any claims for wrongful death, for which Plaintiffs or their heirs, executors, administrators, or assigns, and each of them, now have or may hereafter acquire against the United States of America, its agents, servants, and employees, including Defendant Robert Barth.

3. Plaintiffs and their heirs, executors, administrators, or assigns hereby agree to accept the sums set forth in this Stipulation of Compromise Settlement in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, including claims for wrongful death, arising from, and by reason of any and all known and unknown, foreseen and unforeseen bodily and personal injuries, damage to property and the consequences thereof which they may have or hereafter acquire against the United States of America, its agents, servants and employees, including Defendant Robert Barth, on account of the same subject matter that gave rise to the above-captioned action, including any future claim or lawsuit of any kind or type whatsoever, whether known or unknown, and whether for compensatory or exemplary damages. The Plaintiffs further agree to reimburse, indemnify, and hold harmless the United States of America, its agents, servants and employees, including Defendant Robert Barth, from any and all claims and causes of action incident to or resulting from further litigation or the prosecution of claims by the Plaintiffs or their heirs, executors, administrators or assigns, against any third-

party or the United States of America, its agents, servants and employees, including Defendant Robert Barth, on account of the incident which is the subject of this action.

4. This Stipulation for Compromise Settlement and Release is not, is in no way intended to be, and should not be construed as, an admission of liability or fault on the part of the United States of America, its agents, servants, or employees, including Defendant Robert Barth, and it is specifically denied that they are liable to the Plaintiffs. This settlement is entered into by all parties for the purpose of compromising disputed claims under the Federal Tort Claims Act and avoiding the expenses and risks of further litigation.

5. It is agreed, by and among the parties, that the respective parties will each bear their own costs, fees, and expenses and that any attorney's fees owed by the Plaintiffs will be paid out of the settlement amounts and not in addition thereto. It is also understood by and among the parties that pursuant to 28 U.S.C. § 2678, attorney's fees for services rendered in connection with this matter shall not exceed 25 per centum of the amounts of the compromise settlement.

6. The persons signing this Stipulation for Compromise Settlement and Release warrant and represent that they possess full authority to bind the persons on whose behalf they are signing to the terms of the settlement.

7. Payment of the settlement amounts will be made by three checks drawn on United States Postal Service funds for Five Thousand Dollars ($5,000.00) to Plaintiff Overton Fletcher and Zingaro & Cretella, LLC; for Five

3

Thousand Dollars ($5,000.00) to Plaintiff Sophia Holness and Zingaro & Cretella,

LLC; and for Three Thousand Five Hundred Dollars ($3,500.00) to Plaintiff

Overton Fletcher, as parent and natural guardian of Plaintiff Shenika Fletcher

and Zingaro & Cretella, LLC.

    8.  The parties agree that this Stipulation for Compromise Settlement and

Release, including all terms and conditions of the compromise settlement and

any additional agreements relating thereto, may be made public in their entirety,

and the Plaintiffs expressly consent to such release and disclosure pursuant to 5

U.S.C. § 552a(b).

Respectfully submitted,

For the Plaintiffs,

For the Defendant,

UNITED STATES OF AMERICA

KEVIN J. O'CONNOR
United States Attorney

OVERTON FLETCHER,
individually and as parent and
natural guardian of
Plaintiff SHENIKA FLETCHER, a minor

PATRICK F. CARUSO
Assistant United States Attorney
District of Connecticut
Connecticut Financial Center
157 Church Street
P.O. Box 1824
New Haven, CT  06510

SOPHIA HOLNESS, Plaintiff

DONALD J. CRETELLA, JR.
ZINGARO & CRETELLA, LLC
1115 Main Street, Suite 610
Bridgeport, CT  06604
Attorneys for Plaintiffs

4