United States District Court
District of Connecticut
FILED AT HARTFORD
12/31/03
Kevin F. Rowe, Clerk
By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

OVERTON FLETCHER, SOPHIA )
HOLNESS, AND SHENIKA FLETCHER, )
)
    Plaintiffs, )
)
v. )   Civil Action No.: 03OCV274 CFD
)
UNITED STATES OF AMERICA AND )
ROBERT BARTH, )
)
    Defendants. )

## STIPULATION OF DISMISSAL

It is hereby stipulated that the above-captioned cause of action may be dismissed with prejudice, each party to bear its own costs and attorney's fees.

Executed this 22nd day of Dec, 2003.

_____
OVERTON FLETCHER,
individually and as parent and
natural guardian of
Plaintiff SHENIKA FLETCHER, a minor

_____
SOPHIA HOLNESS, Plaintiff

_____
DONALD J. CRETELLA, JR.
ZINGARO & CRETELLA, LLC
Attorneys for Plaintiffs

UNITED STATES OF AMERICA

KEVIN J. O'CONNOR
United States Attorney

_____
PATRICK F. CARUSO
Assistant United States Attorney
Attorney for Defendant,
United States of America